DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RALPH MCKEEVER HINTON** and **CLEOPATRA GHEONEA HINTON,**
Appellants,

v.

**FLORIDA INSURANCE GUARANTY ASSOCIATION,**
Appellee.

No. 4D2025-1131

[July 9, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. 062024CA013949AXXXCE.

Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellants.

Caryn Lynn Bellus and Benjamin B. Carter of Kubicki Draper, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***